Louis Schlesinger, Respondent, *v.* Ferdinand A. Graner, Appellant.

*Schlesinger* v. *Graner*, 176 App. Div. 885, appeal dismissed.
(Argued January 8, 1917; decided January 16, 1917.)

Motion to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered December 14, 1916, affirming a judgment in favor of plaintiff's assignor entered upon a verdict in an action for services.

The motion was made upon the ground that the affirmance was unanimous; that no appeal lies of right to the Court of Appeals and that permission to appeal had not been obtained.

*Max Schleimer* for motion.

*Richard B. Hand* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.